# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number:8:08-CR-382-T-33MAP |
| ANDREW ROY | USM Number: 02850-049 |
| _____ / | |
| | Daniel Daly, Esq. (CJA) |
| | Defendant's Attorney |

## THE DEFENDANT:

____X____ admitted guilt to violation of conditions One through Ten of the terms of supervision. See below.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct, No Drivers License in violation of the conditions of supervision | January 5, 2009 |
| 2 | Failure to Submit Written Monthly Reports in in violation of Condition Two of the Standard Conditions of Supervision | November, 2008 |
| 3 | Failure to Notify 10 Days Prior to any change in Residence in violation of Condition Six of the Standard Conditions of Supervision | November 26. 2008 |
| 4 | Positive Urinalysis for Cannabis in violation of Condition Seven of the Standard Conditions of Supervision | August 14, 2008 |
| 5 | Positive Urinalysis for Cannabis in violation of Condition Seven of the Standard Conditions of Supervision | September 3. 2008 |
| 6 | Positive Urinalysis for Oxycodone in violation of Condition Seven of the Standard Conditions of Supervision | November 13, 2008 |
| 7 | Positive Urinalysis for Cannabis in violation of Condition Seven of the Standard Conditions of Supervision | January 6, 2009 |
| 8 | Association with a Person Convicted of a Felony in violation of Condition Nine of the Standard Conditions of Supervision | January 5. 2009 |
| 9 | Failure to Make Restitution in violation of the Court's Order which requires him to make payments as follows: $50.00 per month | November, 2008 |
| 10 | Failure to comply with the Home Detention Program in in violation of the Special Condition | November 26, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines. restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment March 4th, 2009

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Date _____March 4th, 2009_____

DEFENDANT:  ANDREW ROY
CASE NUMBER:8:08-CR-382-T-33MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *EIGHTEEN (18) MONTHS.  NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

___X___  The Court makes the following recommendations to the Bureau of Prisons:

1.    Defendant serve term of imprisonment at FCI Coleman.

___X___  The defendant is remanded to the custody of the United States Marshal.

_____  The defendant shall surrender to the United States Marshal for this district:

    ____  at _____ a.m.    p.m.   on _____.

    ____  as notified by the United States Marshal.

_____  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____  before 2 p.m. on _____.

    ____  as notified by the United States Marshal.

    ____  as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL